

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00890-CV

Christopher James **COLEMAN**,
Appellant

v.

**DOVER MAINTENANCE ASS'N, INC.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-01340
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  May 6, 2015

APPEAL DISMISSED

The parties have filed an agreed motion to dismiss this appeal with prejudice. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM